**FEE PAID**

FILED
CLERK, U.S. DISTRICT COURT

APR 24 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RS _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 21 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Dr. AHMAD J. ALJINDI
PO Box 60753
Irvine, CA 92602
Cell: 951-742-9773
Email: a7mad85@hotmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

Dr. AHMAD J. ALJINDI,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

SECRETARY BARBARA M. BARRETT, DEPARTMENT OF THE AIR FORCE,

SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY,

SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY,

SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY,

DIRECTOR GEN PAUL M. NAKASONE, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY,

SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, OFFICE OF

Case No.:   **8:20-CV-00796-PSG-DFMx**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT**

**JURY TRIAL DEMANDED**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL

PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 1

INSPECTOR GENERAL,

ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,

ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION,

ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,

ATTORNEY GENERAL WILLIAM P. BARR, DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION,

ACTING SECRETARY JAMES E. MCPHERSON, DEPARTMENT OF THE NAVY,

SECRETARY ROBERT WILKIE, DEPARTMENT OF VETERANS AFFAIRS,

ACTING DIRECTOR OF NATIONAL INTELLIGENCE RICHARD A. GRENELL, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,

ADMINISTRATOR JIM BRIDENSTINE, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

ADMINISTRATOR JOVITA CARRANZA, UNITED STATES SMALL BUSINESS ADMINISTRATION,

POSTMASTER GENERAL MEGAN J. BRENNAN, UNITED STATES POSTAL SERVICE,

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL

PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 2

Defendants.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL**

**PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT**

I, the Plaintiff, Dr. AHMAD J. ALJINDI "Pro Se" respectfully submitting the Complaint for Employment Discrimination, intellectual property violations, and tort and negligence to the Honorable Court.

**I.   NATURE OF THE CASE**

TO THE HONORABLE COURT:

Please take formal notice of the related lawsuit cases that I have filed with the Honorable Courts in good faith, timely manner, to defend my constitutional rights, for the best interest of justice, and to uphold the United States Constitution. Honorable Courts denied my Requests to Proceed in Forma Pauperis (IFP) repeatedly while I am suffering from poverty for years because of the Defendants wrongdoing for years and I was unable to pay the Court filing fees till I received the $1200 stimulus payment from the Federal Government (FG) because of the ongoing pandemic. Although, I need these $1200 to survive, however, because of the ongoing injustice and the Honorable Courts ongoing denials of my truthful and legitimate IFP requests I was FORCED to deduct the $400 filing fee in addition to the related printing and mailing expenses to file this lawsuit case to defend justice and to uphold the United States Constitution and to get my Constitutional Relief while I can barely afford to eat once a day to survive because of the Defendant's wrongdoing!

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 3

**RELATED CASES**

- *Dr. Ahmad J. Aljindi v. United States of America et al*, No. U8:18-cv-02301-SJO-JC, United States District Court - Central District of California – Southern Division. Order entered 01/08/2019.

- *Ahmad Aljindi v. United States of America et al*, No. 8:19-cv-01434-DOC-E, United States District Court - Central District of California – Southern Division. Order entered 08/05/2019.

- *Ahmad Aljindi v. USA, et al*, No. 19-55926, United States Court of Appeals for the Ninth Circuit. Order entered 12/31/2019. Mandate issued 01/08/2020.

- *Dr. Ahmad J. Aljindi v. United States of America et al*, No. 8:20-cv-00002-DOC-E, United States District Court - Central District of California – Southern Division. Order entered 01/24/2020.

- *Ahmad Aljindi v. USA, et al*, No. 20-55111, United States Court of Appeals for the Ninth Circuit.

- *Dr. Ahmad J. Aljindi Motion for Publication of Records*, United States Foreign Intelligence Surveillance Court.

- *Ahmad Jamaleddin Aljindi, Plaintiff v. United States, et al. Supreme Court of the United States*. Order entered 04/06/2020.

**NOTICE**

On 03/16/2020, the FG waived its right to file a response to the petition with the Supreme Court's case referenced above. Its proven-up! Due to the severe harm and damages including the serious and life threatening medical issues as explained and documented in this lawsuit case and

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 4

the related cases referenced above and because of the ongoing serious pandemic, the Plaintiff respectfully request from the honorable Court to expedite consideration of this emergency Complaint and the attached Written Application for Emergency Relief under local rule 77-1 and to GRANT the requested Constitutional Relief requested for the best interest of justice as his life is in serious danger more than ever before! The FG and State of California Government announced to the public that citizens must take the ongoing COVID-19 pandemic seriously and recommended citizens to stay home! I do not have home because of the ongoing injustice since years and I am suffering from the severe harm and damages as explained in the this lawsuit case and the related cases referenced above and now my suffer is being escalated as I am scared from this ongoing pandemic which adds more pressure and pain on my heart causing more severe chest pain in the severe cold nights! I am forced to live in the inhuman living conditions as explained in the related cases referenced above including this lawsuit case below. I need my Constitutional Relief immediately to survive, recover, seek treatment, and seek my self-employment opportunity! Further delay for granting the Constitutional Relief will increase the physical pain and will cause the Plaintiff to suffer faster to death! There is NO doubt that the formally requested Jury Trial will GRANT the requested Relief. The Plaintiff upholds his truthful position and believes that the respectful jurors and the American People will never accept the injustice and the wrongdoing. Instead, the respectful jurors and the American People will demand from the Honorable Courts to expedite granting the Constitutional Relief, protect the aggrieved Plaintiff's life, defend justice, and uphold the United States Constitution immediately.

Please save and protect my life I am suffering massively from the ongoing severe pain and injustice to death!

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 5

The Appeals Court for the Ninth Circuit did not grant my Constitutional Relief under the Emergency Motion or act in my second Appeal 20-55111 because of the IFP request!

Please know that I will NEVER stop defending justice and demanding my Constitutional Relief! I do apologize! I cannot accept the injustice! I am ONLY demanding my Constitutional Relief (same Constitutional Relief requested in ALL Related Cases referenced above and this lawsuit case below). However, the Honorable Courts kept denying my IFP requests and to close my truthful and legitimate lawsuit cases in a serious bias against the aggrieved Plaintiff! The Honorable Courts did not even grant my Motions to Appoint a Counsel and did not even allowed a leave to amend and provided instructions for the best interest of justice! The Defendants wrongdoing has been formally proven, evidenced, and documented in the Related Cases referenced above and the list of Equal Employment Opportunity (EEO) dockets referenced below. According to the United States Constitution reprisal, obstruction of justice, and deprivation of rights under color of law are prohibited! No more injustice please! No more unlawful discrimination and retaliation! I need my Constitutional Relief based on the formally proven and documented evidences immediately and without any further delay! The Honorable Court must defend justice and must uphold the United States Constitution immediately! The Honorable Court must GRANT the attached Written Application for Emergency Relief under local rule 77-1 and must GRANT the requested Constitutional Relief immediately for the best interest of justice.

According to the United States Constitution and the Department of Justice (DOJ):

Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 6

For the purpose of Section 242, acts under "color of law" include acts not only done by **federal**, state, or local **officials within the their lawful authority**, but also **acts done beyond the bounds of that official's lawful authority**, if the **acts are done while the official is purporting to or pretending to act in the performance of his/her official duties**. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

TITLE 18, U.S.C., SECTION 242

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 7

fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Quoted from: https://www.justice.gov/crt/deprivation-rights-under-color-law

EMPLOYMENT DISCRIMINATION

The Plaintiff is suffering from the Defendants unlawful discrimination based on his protected classes religion, race, and national origin since years as he is suffering from the Defendants retaliation because of his EEO protected activities. The Plaintiff's religion is Muslim. The Plaintiff's race is Arab/Middle Eastern. The Plaintiff's national origin is Syria. Additionally, the Plaintiff is suffering because he is an Artificial Intelligence (AI) researcher presented a formally proven scientific strategy to the majority of the involved federal agencies based on his formal higher education "PhD" and based on a scientific research study recommending utilizing AI to resolve many of the major issues the United States is suffering from if the scientifically discovered AI practical solutions implemented strategically as formally documented and presented to the federal agencies formally.

INTELLECTUAL PROPERTY

The Department of Defense (DOD) published the AI Strategy to the public recently. In the published strategy, the DOD adopted portions of the aggrieved complainant's scientific and formal findings about Information Security, AI, and Legacy Information Systems (LIS) without giving credit to his scientific work and in a direct violation to the intellectual property and copyrights laws. The aggrieved complainant was the first AI scientist and researcher in the entire field who discovered, studied, and researched the relations between Information Security, AI and LIS as formally and scientifically proven and documented in his PhD's formal documents and resume.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 8

- **Dissertation Topic/Area of Research:** Information Security, AI, and LIS.

  **Dissertation/Publication Information:** Published by ProQuest LLC (2015). Copyright of the Dissertation is held by the Author. ProQuest 3740130.

- **Library of Congress Certificate of Registration Number:** TX 8-152-561.

- **Effective Date of Registration:** December 30, 2015.

The aggrieved Plaintiff is a proud Muslim-American Citizen and he was looking to serve his country and to resolve the major economic and other issues as formally documented and presented to the Honorable Courts and federal agencies. However, he was never allowed one and only one EEO illegally. Therefore, the aggrieved Plaintiff is seeking his Constitutional Relief so he can survive, recover, and seek his legitimate self-employment opportunity.

Copyright law in the U.S. is governed by federal statute, namely the Copyright Act of 1976. The Copyright Act prevents the unauthorized copying of a work of authorship. Copyrights can be registered in the Copyright Office in the Library of Congress, but newly created works do not need to be registered. In fact, it is no longer necessary to even place a copyright notice on a work for it to be protected by copyright law.

Quoted from: https://www.bitlaw.com/copyright/index.html

NEGLIGENCE AND TORT

As of the date and time of this Complaint, the aggrieved Plaintiff have not seen anything other than injustice, bias, violations, and pain within the last decade in a violation to the Federal Tort Claims Act (FTCA). The FG is responsible about protecting the aggrieved citizens and small minorities like the undersigned from the ongoing injustice. According to the United States Constitution, this responsibility is mandatory and not optional. The Plaintiff has suffered massively and is still currently suffering massively to death from the ongoing negligence and

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 9

tort. The Plaintiff is respectfully demanding from the Honorable Court to grant his Constitutional Relief as soon as possible so he can recover from the severe harm and damages caused to him as formally documented and explained.

TO THE HONORABLE COURT, the Plaintiff is respectfully demanding his Constitutional Relief as soon as possible as his life is at serious danger and serious risk as formally documented and explained to the Honorable Court and an expedited fair and unbiased Jury Trial if a trail is deemed necessary by the Honorable Court.

On 12/31/2019, the Appeals Court for the Ninth Circuit closed the undersigned's Appeal 19-55926 based on a serious Court error while the undersigned was suffering to death as formally documented in the Emergency Motion with the Honorable Court. The undersigned was hospitalized to the Emergency Room by an Ambulance because of severe pain in Chest and heart muscle because of ongoing inhumane living condition because of ongoing violations against him since years as formally documented and presented to the Honorable Court. The undersigned received the Appeal's Court Order while he was inside the Emergency Room suffering from ongoing violations and thriving to survive and to recover. The under documented everything in the Dockets legally and appropriately and requested his Constitutional Relief under the Emergency Motion. The Emergency is still ongoing. The severe harm and damages have been escalated against the undersigned. Therefore, the undersigned is respectfully submitting this lawsuit case in good faith to the Honorable Court to the best of his knowledge and ability as an aggrieved pro se litigant, to demand his Constitutional Relief appropriately at the lowest level possible for the best interest of justice and based on the last pro se clinic visit recommendations, to update the Honorable Court about the most recent updates and to add the most recent facts for formal consideration, and to recover for the best interest of justice.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 10

## II. I. JURISDICTION

This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

This Court has jurisdiction over this action pursuant to Title VII, Civil Rights Act of 1964, as amended, 42 U.S.C. sec. 2000e et seq. SEC. The Civil Rights Act of 1991. 1977A. Intentional Discrimination Damages, 42 U.S.C. 1981a. EEO Act of 1972. The Civil Service Reform Act of 1978. Whistleblower Protection Act of 1989, as amended, and pursuant to other appropriate statues as determined by the court after reviewing the entire case.

**RIGHT OF REVIEW**

5 U.S. Code § 702. Right of review

A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: Provided, That any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance.

**FEDERAL GOVERNMENT**

Defendants United States of America et al., are all federal agencies sued in their official capacities. The Defendants were acting under color of law because the Defendants were

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 11

obligated by the United States Constitution to uphold the United States Constitution and to prevent the unlawful discrimination against the protected classes, retaliation under the protected statuses, and because of the negligence on preventing the ongoing wrongdoing occurring against the aggrieved Plaintiff which caused him sever harm and damages.

According to the United States Constitution, the EEOC's website, and all formal documents sent to the Plaintiff by the Defendants including the formal FADs, the Plaintiff do have the right to go to the District Court, request an appointment of counsel, and to waive related Court fees if necessary.

**The Defendants sent the Plaintiff formal notices of right to file documents related to the formal EEO complaints referenced in this lawsuit case below stating the following:**

**Right to File a Civil Action**

**You also have the right to file a civil action in a United States District Court:**

(a) Within 90 days of receipt of the final action on an individual or class complaint if no appeal has been filed;

(b) After 180 days from the date of filing an individual or class complaint if an appeal has not been filed and final action has not been taken;

(c) Within 90 days of receipt of the Commission's final decision on an appeal; or

(d) After 180 days from the date of filing an appeal with the Commission if there has been no final decision by the Commission. See 29 C.F.R. § 1614.407.

**The most recent formal documents from Defendants (FBI, DOJ, ODNI, and NSA) are attached in Exhibit A below.**

**III. VENUE**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 12

Venue is proper pursuant to 28 U.S.C. § 1391 (e) (1) because the Defendants are Federal Agencies and/or Officers or Employees of the United States.

**FEDERAL COURTS**

According to the United States Constitution, federal courts have jurisdiction over cases involving, the United States government, the Constitution, or federal laws. Federal courts are **obligated** to hear cases involving the constitutionality of a law.

The federal courts have jurisdiction over

- Cases that raise a "federal question" involving the United States Government, the U.S. Constitution, or other federal laws; and

- Cases involving "diversity of citizenship," which are disputes between two parties not from the same state or country, and where the claim meets a set dollar threshold for damages.

**The federal judiciary operates separately from the executive and legislative branches. Federal judges work to ensure equal justice under the law.**

## IV. PARTIES

Plaintiff Dr. AHMAD J. ALJINDI is currently suffering from homelessness and inhumane living conditions to death due to the ongoing injustice by the Defendants against him since years as formally documented and the above-mentioned lawsuit cases. The mailing address is: PO Box 60753 Irvine, CA 92602.

Defendants United States of America et al., are all federal agencies sued in their official capacities. The Defendants were acting under color of law because the Defendants were obligated by the United States Constitution to uphold the United States Constitution and to prevent the unlawful discrimination against the protected classes, retaliation under the protected

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 13

statuses, and because of the negligence on preventing the ongoing wrongdoing occurring against the aggrieved Plaintiff which caused him sever harm and damages.

**Defendant # 1:** UNITED STATES OF AMERICA,

According to the United States Constitution the Federal Government is obligated to prevent the violations against the EEO Acts and the Civil Rights Acts and to protect the minorities rights, intellectual property copyrights, and to prevent the negligence and tort.

**William P. Barr**

**Attorney General**

**U.S. Department of Justice**

**950 Pennsylvania Avenue, NW**

**Washington, DC 20530-0001**

**Defendant # 2:** SECRETARY BARBARA M. BARRETT, DEPARTMENT OF THE AIR FORCE.

**Chief, General Litigation Division**

**Air Force Legal Operations Agency**

**1500 W. Perimeter Road, Suite 1370**

**Andrews AFB, MD 20762**

**Defendant # 3:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY.

**Headquarters, U.S. Army Garrison, Fort Belvoir**

**Equal Employment Opportunity Office**

**ATTN: IMBV-EEO**

**9725 Belvoir Rd., Bldg 1000**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 14

Fort Belvoir, VA 22060-5563

**Defendant # 4:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY.

**Defense Contract Management Agency**

**3901 A. Avenue, Building 10500**

**Fort Lee, Virginia 23801-1809**

**Defendant # 5:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY.

**Defense Intelligence Agency**

**7400 Pentagon**

**Washington, DC 20301**

**Defendant # 6:** DIRECTOR GEN PAUL M. NAKASONE, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY.

**National Security Agency**

**9800 Savage Rd. Suite 6272**

**Ft. George G. Meade MD 20755-6000**

**Defendant # 7:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, OFFICE OF INSPECTOR GENERAL.

**INSPECTOR GENERAL**

**DEPARTMENT OF DEFENSE**

**4800 MARK CENTER DRIVE**

**ALEXANDRIA, VIRGINIA 22350-1500**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 15

**Defendant # 8:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT.

**U.S. Immigration and Customs Enforcement,**

**Office of Diversity and Civil Rights**

**801 I Street NW, Suite 800**

**8th Floor Mail Stop 5010**

**Washington, DC 20536-5010**

**Attention: Assistant Director for Diversity and Civil Rights**

**Defendant # 9:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION.

**U.S. DEPARTMENT OF HOMELAND SECURITY**

**U.S. Customs and Border Protection**

**1300 Pennsylvania Ave., N.W., Suite 3.3D**

**Washington, DC 20229**

**Defendant # 10:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICE.

**U.S. Department of Homeland Security**

**U.S. Citizenship and Immigration Services**

**Office of Equal Opportunity & Inclusion**

**9360 Ensign Ave. South, Suite 151**

**Bloomington, MN 55438**

**Defendant # 11:** ATTORNEY GENERAL WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 16

Office of Equal Employment Opportunity Affairs

Federal Bureau of Investigation

935 Pennsylvania Avenue, N.W.

Room 9304

Washington, D.C. 20535-0001

Defendant # 12: ACTING SECRETARY JAMES E. MCPHERSON, DEPARTMENT OF THE NAVY.

DEPARTMENT OF THE NAVY

ASSISTANT FOR ADMINISTRATION

1000 NAVY PENTAGON

WASHINGTON, DC 20350-1000

Defendant # 13: SECRETARY OF VETERANS AFFAIRS ROBERT WILKIE, DEPARTMENT OF VETERANS AFFAIRS.

Department of Veterans Affairs

810 Vermont Avenue, NW

Washington, DC 20420

Defendant # 14: ACTING DIRECTOR OF NATIONAL INTELLIGENCE RICHARD A. GRENELL, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE.

Office of the Director of National Intelligence

Washington, DC 20511

Defendant # 15: ADMINISTRATOR JIM BRIDENSTINE, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 17

**NASA Headquarters**

**300 E. Street SW, Suite 5R30**

**Washington, DC 20546**

**Defendant # 16:** ADMINISTRATOR JOVITA CARRANZA, UNITED STATES SMALL BUSINESS ADMINISTRATION.

**US Small Business Administration**

**409 3rd St, SW**

**Washington DC 20416**

**Defendant # 17:** POSTMASTER GENERAL MEGAN J. BRENNAN, UNITED STATES POSTAL SERVICE.

**National EEO Investigative Services Office**

**P.O. Box**

**21979, Tampa, FL 33622-1979**

## V.  STATEMENT OF FACTS

The Plaintiff's religion (Muslim), race (Arab/Middle Eastern), national origin (Syria) was subject for massive civil rights and EEO violations because of his protected classes. The Plaintiff filed several formal EEO complaints aiming to defend justice and to secure himself a full-time permeant job based on his formal qualifications and based on his skills, but the Defendants kept abusing his huge number of jobs applications and kept selecting less qualified candidates illegally as formally proven and documented because of his protected classes and escalated the retaliation violations against him under the protected status to cause him sever harm and more damages.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 18

Plaintiff have suffered for years, currently suffering, and will continue to suffer for unknown number of years for substantial injury because of the Defendants' intentional violations against the United States Constitution, the Civil Rights Act, and the EEO Act. Hence, the aggrieved Plaintiff is requesting his Constitutional Relief so he can survive, recover, and seek his legitimate self-employment opportunity.

**Defendant # 1:** UNITED STATES OF AMERICA:

According to the United States Constitution the Federal Government is obligated to prevent the violations against the EEO Acts and the Civil Rights Acts and to protect the minorities rights and to prevent the intellectual property and negligence and tort.

According to the United States DOJ Civil Rights Division (CRD):

The Civil Rights Division of the Department of Justice, created in 1957 by the enactment of the Civil Rights Act of 1957, works to uphold the civil and constitutional rights of all Americans, particularly some of the most vulnerable members of our society. The Division enforces federal statutes prohibiting discrimination on the basis of race, color, sex, disability, religion, familial status and national origin.

Quoted from: https://www.justice.gov/crt

According to the United States Constitution the Attorney General (AG) is the head of the Department of Justice and chief law enforcement officer of the Federal Government. The Attorney General represents the United States in legal matters.

The Judiciary Act of 1789 created the Office of the Attorney General which evolved over the years into the head of the Department of Justice and chief law enforcement officer of the Federal Government. The Attorney General represents the United States in legal matters generally and gives advice and opinions to the President and to the heads of the executive

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 19

departments of the Government when so requested. In matters of exceptional gravity or importance the Attorney General appears in person before the Supreme Court. Since the 1870 Act that established the Department of Justice as an executive department of the government of the United States, the Attorney General has guided the world's largest law office and the central agency for enforcement of federal laws.

Quoted from: https://www.justice.gov/ag/about-office

According to the United States Government Accountability Office (GAO):

The Federal Government has created a framework to provide for EEO by prohibiting unlawful discrimination based on such factors as race, color, religion, gender, national origin, age, and disability, and offers redress when discrimination and retaliation have occurred. To further EEO and help bring about a diverse workforce, federal agencies are required to carry out affirmative employment and minority recruitment programs. EEOC and OPM have primary responsibility for ensuring that the government's policies for a fair, equitable, and inclusive workplace are carried out. In response to a congressional request that GAO provide information on the Federal Government's performance in promoting EEO and managing its diverse workforce, this report provides information on (1) the statutory and policy framework relating to EEO, affirmative employment, and workforce diversity and (2) the roles and responsibilities of EEOC and OPM within the framework and how these agencies carry out these roles and responsibilities.

Various statutes, executive orders, and other executive policy form the framework of EEO policy that governs civil rights and personnel management in the federal workplace. In 1972 federal workers received statutory civil rights protections when Congress passed the Equal Employment Opportunity Act, which extended to federal workers protections under title VII of

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 20

the landmark Civil Rights Act of 1964 prohibiting employment discrimination based on race, color, religion, gender, or national origin. The 1972 act also required federal agencies to establish affirmative employment programs to address the underrepresentation of minorities and women in the federal workforce. In 1973 federal employees and applicants for employment with disabilities received employment discrimination protections under the Rehabilitation Act, and federal agencies were required to prepare affirmative employment program plans for the hiring, placement, and advancement of such individuals. The Civil Service Reform Act of 1978 further underscored the government's commitment to EEO, stating that for the federal workforce to reflect the nation's diversity, federal personnel management should follow merit principles by treating employees fairly and equitably, and that personnel actions should be free from prohibited personnel practices, including discrimination. The 1978 act also required agencies to conduct a continuing recruiting program to address minority underrepresentation. Other statutes, executive orders, and executive policy are also part of the federal workplace EEO policy framework. EEOC and OPM each play important leadership roles within this framework in ensuring EEO in the federal workplace. EEOC is responsible for enforcing federal laws prohibiting discrimination and oversees federal agencies' EEO programs, including their affirmative employment programs. OPM is the government's human capital manager and is responsible for ensuring that personnel management functions follow the merit principles, including those related to EEO. OPM is to assist agencies in carrying out their minority recruitment programs and evaluating the effectiveness of these programs in eliminating minority underrepresentation. EEOC and OPM issue regulations and directives to carry out their responsibilities and exercise oversight by reviewing federal workforce demographic data; reviewing reports from agencies on their progress in meeting program requirements; conducting

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 21

on-site reviews at federal agencies; and providing technical assistance, training, and guidance. In addition, both agencies publish annual reports on program activities and workforce demographics. Although responsibility for ensuring that EEO is shared among agencies, EEOC has also been charged under statute and executive order with providing leadership and coordination to promote efficiency and eliminate conflict, competition, duplication, and inconsistency. We provided OPM and EEOC with a draft of this report for their review and comment. OPM said that, in general, the report accurately reflects OPM's current roles and responsibilities. We clarified the report in response to EEOC's comments to indicate that this report focuses on affirmative employment and that we previously reported on EEOC's complaint process responsibilities.

Quoted from: https://www.gao.gov/products/GAO-05-195

The Plaintiff made huge number of jobs applications (thousands) since years. The Defendants keeps sending him the formal documents confirming his eligibilities and refer his name to the hiring officials for selection and non-selection for the majority of these applications, but the hiring officials keep selecting less qualified candidates because of the aggrieved Plaintiff's protected classes and protected statuses illegally. There are no equal employment opportunities. No diversity. The hiring practices are not based on merit.

The aggrieved complainant reported this desperate situation to President Barrack Obama in 2016 and shared the same letter with the FBI aiming to defend justice. President Obama sent the aggrieved Plaintiff a formal response acknowledging the government's awareness about the documented facts and issues and recommended the Plaintiff to go to the EEOC.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 22

Since the violations against the aggrieved Plaintiff are occurring massively, he believed in the FBI's attention to investigate the situation and to prevent the ongoing injustice. However, unfortunately, the FBI did not prevent the violations against the aggrieved Plaintiff.

**Defendant # 2:** SECRETARY BARBARA M. BARRETT, DEPARTMENT OF THE AIR FORCE:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities as formally documented in the following dockets:

1. USAF: Formal Discrimination Complaint Docket Number 9D1S1800401.

2. USAF: Edwards AFB: Formal Discrimination Complaint Docket Number 6Z1M1900286.

3. USAF, Los Angeles County, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

4. USAF, Los Angeles, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

5. USAF, Vandenberg AFB: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

6. USAF, Palmdale, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 23

7. USAF, Location Negotiable After Selection, United States: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

8. USAF, on 06/04/2019, Air Force Manning Symposium, discontinued his application for the SUPV IT SPECIALIST (SYSADMIN/NETWORK) position, Announcement number 8J-DCIPS-10479203-491121-AG, located in Fayetteville NC, Docket Number: 5T1L1900996.

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (Formal Discrimination Complaint Docket Number 9D1S1800401, Formal Discrimination Complaint Docket Number 6Z1M1900286, and 5 more obstructed EEO complaints since 12/05/2018 illegally) when on 06/04/2019, Air Force Manning Symposium, discontinued his application for the SUPV IT SPECIALIST (SYSADMIN/NETWORK) position, Announcement number 8J-DCIPS-10479203-491121-AG, located in Fayetteville NC.

The undersigned documented in the wrongdoing in all Formal EEO Complaints mentioned above including First Formal EEO Complaint number: 9D1S1800401 and several protected activities with the Air Force Inspector Generals and MSPB (Docket Number SF-1221-16-0648-W-1) as documented in the first and following formal EEO Complaints.

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 3:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities as formally documented in the following dockets: (case number

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 24

ARBELVOIR18MAY01586). The Second Formal Discrimination Complaint Docket Number ARBELVOIR19MAR00793.

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 4:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities as formally documented in the following dockets:

1. DOD, DCMA: First Formal EEO complaint number P8-18-0080.
2. DOD, DCMA: Second Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.
3. DOD, DCMA: Third Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 5:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities as formally documented: The Formal Discrimination Complaint Docket Number is: DIA-2019-00030.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 25

**The Defendant MUST submit the referenced EEO docket above directly to the Honorable Court.**

**Defendant # 6:** DIRECTOR GEN PAUL M. NAKASONE, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities as formally documented in the following docket: The Formal Complaint of Discrimination No. is: 19-015.

**The Defendant MUST submit the referenced EEO docket above directly to the Honorable Court.**

**Defendant # 7:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, OFFICE OF INSPECTOR GENERAL:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (prior EEO complaint activity - OIG 18-05). The Formal EEO Complaint No. is: OIG - 2019-11. The DOD OIG discriminated against the Plaintiff based on his protected classes, and Retaliation based on (prior EEO complaint activity - OIG 18-05).

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 8:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT.

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 26

EEO activities (case number HS-ICE-26190-2016 and the other protected activities with the DHS).

Additionally, the Defendant retaliated and dismissed the Second Formal EEO complaint number HS-ICE-01853-2018.

Furthermore, the Defendant retaliated as formally documented in the Third Formal Discrimination Complaint Docket Number HS-ICE-01084-2019.

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 9:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (case number HS-CBP-01954-2018 and the other protected activities with the DHS).

The First Formal EEO complaint number HS-CBP-01954-2018.

The Second Formal Discrimination Complaint Docket Number is: HS-CBP-00816-2019.

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 10:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICE:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 27

EEO activities (case number HS-CIS-01796-2018 and the other protected activities with the DHS).

The Second Formal Discrimination Complaint Docket Number is: HS-CIS-01796-2018. (Administratively processed with the First Complaint).

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 11:** ATTORNEY GENERAL WILLIAM P. BARR, UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his former and current EEO activities as formally documented in the dockets.

The Second Formal Discrimination Complaint Docket Number is FBI-2019-00073.

The Third Formal Discrimination Complaint Docket Number is FBI-2019-00338.

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 12:** ACTING SECRETARY JAMES E. MCPHERSON, DEPARTMENT OF THE NAVY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number DON 18-66001-01764). The Department of the Navy (DON) closed six EEO complaints illegally.

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 28

**Defendant # 13:** SECRETARY OF VETERANS AFFAIRS ROBERT WILKIE, DEPARTMENT OF VETERANS AFFAIRS:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 2004-0005-2019102032).

First Formal Discrimination Complaint Docket Number 2004-0005-2019102032.

Second Formal Discrimination Complaint Docket Number 200P-0644-2019103167.

Third Formal Discrimination Complaint Docket Number 200H-0541-2019104002.

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 14:** ACTING DIRECTOR OF NATIONAL INTELLIGENCE RICHARD A. GRENELL, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 2019-002). Formal Discrimination Complaint Docket Number 2019-002.

**The Defendant MUST submit the referenced EEO docket above directly to the Honorable Court.**

**Defendant # 15:** ADMINISTRATOR JIM BRIDENSTINE, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION:

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 29

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number NCN-19-AFRC-00131).

First Formal Discrimination Complaint Docket Number is: NCN-19-AFRC-00131.

Second Formal EEO Complaint number is: NCN-19-ARC-00212.

Third Formal Discrimination Complaint Docket No. NCN-19-AFRC-00250.

Fourth Formal Discrimination Complaint Docket No. NCN-19-AFRC-00250 (filed under same number of third complaint above for administrative purposes).

**The Defendant MUST submit the referenced EEO dockets above directly to the Honorable Court.**

**Defendant # 16:** ADMINISTRATOR JOVITA CARRANZA, UNITED STATES SMALL BUSINESS ADMINISTRATION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 03-19-010). The Formal Complaint of Discrimination Case No. is: 03-19-010.

**Defendant # 17:** POSTMASTER GENERAL MEGAN J. BRENNAN, UNITED STATES POSTAL SERVICE.

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his former EEO activities (case number 4F-920-0047-16). The Formal Complaint of Discrimination Case No. is: 4F-920-0047-16.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 30

**The Defendant MUST submit the referenced EEO docket above directly to the Honorable Court.**

**FOR ALL DEFENDANTS:**

Therefore, and based on the facts presented above, the aggrieved Plaintiff is demanding his Constitutional Relief as soon as possible and an expedited Jury Trial if a trial is deemed necessary by the Honorable Court.

The Plaintiff believes that the Defendants committed violations against the United States Constitution including but not limited to:

Obstruction of Justice.

Deprivation of rights under color of law.

No Fear Act as described on https://www.justice.gov/jmd/no-fear-act-notice-november-2-2006

Title VII, Civil Rights Act of 1964, as amended, 42 U.S.C. sec. 2000e et seq.

EEO Act of 1972.

The Civil Service Reform Act of 1978.

Whistleblower Protection Act of 1989, as amended.

Title VII of the Civil Rights Act of 1964 protects "all aspects of religious observance and practice, as well as belief" 42 U.S.C. § 2000eG)'

An agency official shall not discriminate against an employee or applicant based on race, color, religion, sex, national origin, age, disability (or handicapping condition), marital status, or political affiliation. 5 U.S.C. § 2302(b)(1).

An agency official shall not intentionally deceive or obstruct anyone from competing for employment. 5 U.S.C. § 2302(b)(4).

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 31

An agency official shall not influence anyone to withdraw from competition in order to improve or injure the employment prospects of any person. 5 U.S.C. § 2302(b)(5).

An employer may not base hiring decisions on stereotypes and assumptions about a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

Prohibited personnel practices (PPPs) are employment-related activities that are banned in the federal workforce because they violate the merit system through some form of employment discrimination, retaliation, improper hiring practices, or failure to adhere to laws, rules, or regulations that directly concern the merit system principles.

An agency official shall not request or consider a recommendation based on political connections or influence. 5 U.S.C. § 2302(b)(2).

An agency official shall not retaliate because an employee: 1. filed a complaint, grievance or appeal; et seq. 5 U.S.C. § 2302(b)(9).

The United States Constitution prevent the wrongdoing and the violations. The Plaintiff is an aggrieved "Pro Se" and not an attorney and do not know how to document the violations as an attorney but he believes that the Honorable Court can clearly understand what the Plaintiff is presenting in good faith, to the best extent of his knowledge and ability, and for the best interest of justice.

Based on the absolute facts presented in good faith in this truthful and legitimate lawsuit case and under the Statement of Facts section above. The Plaintiff is entitled for the requested Constitutional Relief. There is NO doubt that a fair and unbiased Jury Trial will GRANT the Plaintiff's Constitutional Relief and will hold the FG's involved officials accountable about the intentional and systematic hate crimes and the serious violations occurred against the aggrieved

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 32

Plaintiff. Therefore, they kept closing the undersigned lawsuit cases arbitrary, discriminatory, retaliatory, and unconstitutionally in a blatant challenge to the United States Constitution that prohibit the formally documented and evidenced wrongdoing and in a total biased and extremely prejudice manner.

The Plaintiff has suffered, still suffering, and will continue to suffer due to the ongoing injustice and the intentional and systematic obstruction of justice, deprivation of rights under color of law, and because of the wrongdoing, violations, and the radically extreme and malicious hate crimes.

The aggrieved Plaintiff experienced very hard and difficult life events due to the Defendants' ongoing violations that prevented him from securing himself one and only one EEO and a stable job based on his formal qualifications and skills fairly and equally as set forth by the United States Constitution. Hence, due to the ongoing unlawful discrimination, retaliation, and absence of justice since years, my life was destroyed completely. I am currently suffering from the severe, extreme, and massive injustice caused to me by the Defendants. My life was destroyed completely because of the Defendants unlawful discrimination, retaliation, evidenced violations, and hate crimes. I am suffering from the severe harm and damages caused to me by the unlawful discrimination and retaliation and the Defendants formally proven, documented, and evidenced violations and hate crimes. I suffered and I am still currently suffering from divorce, evictions, bankruptcy, homelessness, repossession, emotional distress and pain, loss of enjoyment of life, injury to professional standing, injury to character and reputation, injury to credit standing, serious medical issues in the heart and chronic pain in the liver and lungs due to the inhumane living conditions the FG is forcing me to live at, and the inability to eat more than once a day due to severe poverty caused to me by the Defendants because of the

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 33

ongoing unlawful discrimination, retaliation, intellectual property copyrights laws violations, and negligence and tort since years. Furthermore, I am suffering from serious medical issues in the heart and chronic pain in the liver and the lungs due to the ongoing abuse and torture and the inhumane living conditions the FG is forcing me to live in illegally. Everything has been documented, proven, and evidenced formally in the dockets. The scandals were proven, documented, and evidenced.

## VI. CAUSES OF ACTION

Based on the absolute facts presented in good faith in this truthful complaint and under the Statement of Facts section above. The Plaintiff believes he is entitled for the requested Constitutional Relief below.

The Plaintiff has suffered, still suffering, and will continue to suffer due to the absence of justice and because of the wrongdoing.

The aggrieved Plaintiff experienced very hard and difficult life events due to the Defendants ongoing violations that prevented him from securing himself a stable job based on his formal qualifications and skills fairly and equally as set forth by the United States Constitution such as ongoing sever poverty, divorce, evictions, bankruptcy, homelessness, stress, discomfort, and extreme emotional pain.

As formally documented in the Appeal (19-55926) with the Appeals Court for the Ninth Circuit. Due to the ongoing unlawful discrimination, retaliation, and absence of justice since years, my life was destroyed completely. I am currently suffering from the severe, extreme, and massive injustice caused to me Defendants. My life was destroyed completely because of the unlawful discrimination, retaliation, and the violations. I am suffering from the severe harm and damages caused to me by the unlawful discrimination and retaliation. I suffered and I am still

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 34

currently suffering from divorce, evictions, bankruptcy, homelessness, repossession, emotional distress and pain, loss of enjoyment of life, injury to professional standing, injury to character and reputation, injury to credit standing, and inability to eat more than once a day due to severe poverty caused to me by the Defendants because of the ongoing unlawful discrimination, retaliation, intellectual property copyrights laws violations, and negligence and tort since years.

The United States Constitution prohibit the unlawful discrimination, retaliation, negligence and tort, and intellectual property copyrights laws violations.

According to the EEOC:

Systemic Discrimination

Systemic discrimination involves a pattern or practice, policy, or class case where the alleged discrimination has a broad impact on an industry, profession, company or geographic area.

The EEOC encourages employers to prevent discrimination by taking a careful look at the practices they use to recruit, hire, promote, train and retain employees. The EEOC is expanding its efforts to partner with advocacy groups, state and federal agencies, employer groups, the Plaintiffs' bar and other organizations to identify and address discriminatory practices.

Examples of systemic practices include: discriminatory barriers in recruitment and hiring; discriminatorily restricted access to management trainee programs and to high level jobs; exclusion of qualified women from traditionally male dominated fields of work; disability discrimination such as unlawful pre-employment inquiries; age discrimination in reductions in

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 35

force and retirement benefits; and compliance with customer preferences that result in discriminatory placement or assignments.

The EEOC has long recognized that a strong nationwide systemic program is critical to fulfilling its mission of eradicating discrimination in the workplace. For this reason, the systemic program is a top priority of the agency. The identification, investigation and litigation of systemic discrimination cases, along with efforts to educate employers and encourage prevention, are integral to the mission of the EEOC.

Quoted from: https://www.eeoc.gov/eeoc/systemic/index.cfm

The United States Constitution prohibit the intentional and systematic violations and radically extreme and malicious hate crimes against the citizens Bill of Rights. The United States Constitution prohibit the unlawful discrimination, retaliation, negligence and tort, and intellectual property copyrights laws violations in addition to all wrongdoing formally documented and evidenced in the related cases and EEO dockets.

According to the United States Constitution:

The Civil Rights Act of 1991

TITLE I - FEDERAL CIVIL RIGHTS REMEDIES

DAMAGES IN CASES OF INTENTIONAL DISCRIMINATION

SEC. 102

The Revised Statutes are amended by inserting after section 1977 (42 U.S.C. 1981) the following new section:

"SEC. 1977A. DAMAGES IN CASES OF INTENTIONAL DISCRIMINATION IN EMPLOYMENT. *[42 U.S.C. 1981a]*

"(a) RIGHT OF RECOVERY. -

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 36

"(1) CIVIL RIGHTS. - In an action brought by a complaining party under section 706 or 717 of the Civil Rights Act of 1964 (42 U.S.C. 2000e-5) against a respondent who engaged in unlawful intentional discrimination (not an employment practice that is unlawful because of its disparate impact) prohibited under section 703, 704, or 717 of the Act (42 U.S.C. 2000e-2 or 2000e-3), and provided that the complaining party cannot recover under section 1977 of the Revised Statutes (42 U.S.C. 1981), the complaining party may recover compensatory and punitive damages as allowed in subsection (b), in addition to any relief authorized by section 706(g) of the Civil Rights Act of 1964, from the respondent.

"(b) COMPENSATORY AND PUNITIVE DAMAGES. -

"(2) EXCLUSIONS FROM COMPENSATORY DAMAGES. - Compensatory damages awarded under this section shall not include backpay, interest on backpay, or any other type of relief authorized under section 706(g) of the Civil Rights Act of 1964.

"(3) LIMITATIONS. - The sum of the amount of compensatory damages awarded under this section for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses, and the amount of punitive damages awarded under this section, shall not exceed, for each complaining party -

"(D) in the case of a respondent who has more than 500 employees in each of 20 or more calendar weeks in the current or preceding calendar year, $300,000.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 37

"(4) CONSTRUCTION. - Nothing in this section shall be construed to limit the scope of, or the relief available under, section 1977 of the Revised Statutes (42 U.S.C. 1981).

"(c) JURY TRIAL. - If a complaining party seeks compensatory or punitive damages under this section -

"(1) any party may demand a trial by jury; and

"(2) the court shall not inform the jury of the limitations described in subsection (b)(3).

"(d) DEFINITIONS. - As used in this section:

"(2) DISCRIMINATORY PRACTICE. - The term 'discriminatory Practice' means the discrimination described in paragraph (1), or the discrimination or the violation described in paragraph (2), of subsection (a).

Quoted from: https://www.eeoc.gov/laws/statutes/cra-1991.cfm

NOTICE

**The Defendants MUST submit the referenced EEO dockets below directly to the Honorable Court.**

- The full list of the EEO complaints is:

1. USAF: Formal Discrimination Complaint Docket Number 9D1S1800401.

2. USAF: Edwards AFB: Formal Discrimination Complaint Docket Number 6Z1M1900286.

3. USAF, Los Angeles County, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

4. USAF, Los Angeles, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 38

5. USAF, Vandenberg AFB: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

6. USAF, Palmdale, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

7. USAF, Location Negotiable After Selection, United States: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

8. USAF, on 06/04/2019, Air Force Manning Symposium, discontinued his application for the SUPV IT SPECIALIST (SYSADMIN/NETWORK) position, Announcement number 8J-DCIPS-10479203-491121-AG, located in Fayetteville NC, Docket Number: 5T1L1900996.

9. Navy: First Formal Discrimination Complaint Docket Number DON 18-66001-01764.

10. Navy: Second Formal Discrimination Complaint Docket Number DON 19-00024-02059 (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

11. Navy: Third Formal Discrimination Complaint Docket Number DON 19-00024-02059. (Administratively processed with the Second Complaint) (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

12. Navy: Fourth Formal Discrimination Complaint Docket Number DON 19-00024-02059. (Administratively processed with the Second Complaint) (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

13. Navy: Fifth Formal Discrimination Complaint Docket Number DON 19-00024-02059. (Administratively processed with the Second Complaint) (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 39

14. Navy: Sixth Formal Discrimination Complaint Docket Number DON 19-00024-02059. (Administratively processed with the Second Complaint) (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

15. DOD, Defense Acquisition University (DAU): Formal Discrimination Complaint Docket Number ARBELVOIR18MAY01586.

16. DOD, DAU: Second Formal Discrimination Complaint Docket Number ARBELVOIR19MAR00793.

17. DOD, Defense Contract Management Agency (DCMA): Formal Discrimination Complaint Docket Number P8-18-0080.

18. DOD, DCMA: Second Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

19. DOD, DCMA: Third Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

20. DOD, OIG: Formal Discrimination Complaint: OIG - 2019-11.

21. DHS, ICE: Formal Discrimination Complaint Docket Number HS-ICE-26190-2016.

22. DHS, ICE: Second Formal Discrimination Complaint Docket Number HS-ICE-01853-2018.

23. DHS, ICE: Third Formal Discrimination Complaint Docket Number HS-ICE-01084-2019.

24. DHS, USCIS: Formal Discrimination Complaint Docket Number HS-CIS-01796-2018.

25. DHS, USCIS: Second Formal Discrimination Complaint Docket Number HS-CIS-01796-2018. (Administratively processed with the First Complaint).

26. DHS, CBP: Formal Discrimination Complaint Docket Number HS-CBP-01954-2018.

27. DHS, CBP: Second Formal Discrimination Complaint Docket Number HS-CBP-00816-2019.

28. FBI: Formal Discrimination Complaint Docket Number FBI-2018-00181.

29. FBI: Second Formal Discrimination Complaint Docket Number FBI-2019-00073.

30. FBI: Third Formal Discrimination Complaint Docket Number FBI-2019-00338.

31. DIA: Formal Discrimination Complaint Docket Number DIA-2019-00030.

32. NSA: Formal Discrimination Complaint Number 19-015.

33. NASA: First Formal Discrimination Complaint Docket Number NCN-19-AFRC-00131.

34. NASA: Second Formal EEO Complaint number is: NCN-19-ARC-00212.

35. NASA: Third Formal Discrimination Complaint Docket No. NCN-19-AFRC-00250.

36. NASA: Fourth Formal Discrimination Complaint Docket No. NCN-19-AFRC-00250 (filed under same number of third complaint above for administrative purposes).

37. VA: First Formal Discrimination Complaint Docket Number 2004-0005-2019102032.

38. VA: Second Formal Discrimination Complaint Docket Number 200P-0644-2019103167.

39. VA: Third Formal Discrimination Complaint Docket Number 200H-0541-2019104002.

40. ODNI: Formal Discrimination Complaint Docket Number 2019-002.

41. SBA: Formal Discrimination Complaint Docket Number 03-19-010.

42. USPS: Formal Discrimination Complaint Docket Number 4F-920-0047-16.

## VII.    REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests from the Honorable Court to GRANT the Constitutional Relief as requested below immediately for the best interest of justice and to uphold the United States Constitution as delaying justice is injustice:

1. Maximum monetary compensation for every single EEO complaint from every federal agency as set forth by the United States Constitution and as published on the EEOC's

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 41

website ($300,000) to recover from the severe injuries and the sever harm and damages caused to the aggrieved Plaintiff. Regarding the aggrieved Plaintiff's formal EEO complaints with the DCMA. The DCMA obstructed justice and isolated 67 jobs applications from the investigation illegally as formally documented in the formal Appeal with the Deputy Attorney General (DAG) case number OARM-WB No. 19-7 and under the formal awareness of the DOJ, DAG, and FBI as formally evidenced, proven, and documented as the DOJ, DAG, and FBI failed to enforce and defend law and justice as formally documented. Therefore, the DCMA must pay the constitutional compensation ($300,000) for every single job application of the 67 applications ($20.1 Million) in addition to the ($300,000) per EEO complaint ($900,000) for the reasons formally documented in the above-mentioned DAG's appeal and the related lawsuit cases listed in the Related Cases section above. The total from the DCMA is $21 Million

**Total (=):**

42 X $300,000 = $12.6 Million + $20.1 Million = **$32.7 Million**

**PLUS (+):**

Maximum monetary Constitutional Relief for the negligence, tort, and intellectual property and copyrights laws violations as formally documented and as deemed appropriate by the Honorable Court.

**MINUS (-):**

All legal and Honorable Court fees as deemed appropriate by the Honorable Court (**IF ANY**).

2. Expunge or Seal the two evictions and the bankruptcy of the aggrieved Plaintiff's public records due to the absence of justice and because of the ongoing injustice as deemed

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 42

appropriate by the Honorable Court. First Eviction Case number MVC1603886. Second Eviction Case Number 30-2019-01083167-CL-UD-NJC. Bankruptcy case number 6:17-bk-11311-MH.

## VIII.   DEMAND FOR JURY TRIAL

### RIGHT TO TRIAL BY JURY

The United States Constitution guarantees the right to trial by jury for most criminal and many civil matters. See Amendments V, VI, and VII.

According to the United States Constitution, 28 U.S. Code § 1861. Declaration of policy: **It is the policy of the United States that all litigants in federal courts entitled to trial by jury** shall have the right to grand and petit juries selected at random from a fair cross section of the community in the district or division wherein the court convenes.

Plaintiff hereby requests his Constitutional Relief as soon as possible for the best interest of justice as the truthful documented facts in the EEO formal dockets are completely obvious and needs no further delay that will cause the undersigned more severe harm and damages as he is currently suffering to death. The undersigned respectfully request an expedited jury trial on all issues raised in this complaint if a trial is deemed necessary by the Honorable Court. The undersigned is formally declaring that the only "**NO**" Constitutional Relief he will accept is from the respectful jurors and based on a fair and unbiased jury trial. The undersigned is completely confident in his truthful case and truthful position and that the respectful jurors and the American People cannot accept the injustice which the undersigned has suffered from and is currently suffering from now massively.

Dated: April 20, 2020                                    *Respectfully Submitted by,*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 43

Dr. AHMAD J. ALJINDI

By: *Dr. AHMAD ALJINDI*

Dr. AHMAD J. ALJINDI
PO Box 60753
Irvine, CA 92602
Cell: 951-742-9773
Email: a7mad85@hotmail.com

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL

PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 44

# Exhibit A



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C.  20535-0001

VIA EMAIL

OCT 29 2019

Dr. Ahmad Jamaleddin Aljindi
P.O. Box 60753
Irvine, California 92602

> RE:   AHMAD JAMALEDDIN ALJINDI AND
>       WILLIAM P. BARR, ATTORNEY GENERAL
>       U.S. DEPARTMENT OF JUSTICE
>       COMPLAINT OF DISCRIMINATION
>       BASED ON RELIGION (MUSLIM), RACE (ARAB/MIDDLE
>       EASTERN), NATIONAL ORIGIN (SYRIAN), AND REPRISAL
>       FILE NUMBER:  FBI-2019-00338
>       FILED:  OCTOBER 2, 2019 (DATE RECEIVED IN EEO)

Dear Dr. Aljindi:

The purpose of this letter is to advise you the processing of your Equal Employment Opportunity (EEO) complaint against the Federal Bureau of Investigation (FBI) has begun.  Additionally, this letter provides written notice of your rights as well as the time requirements for exercising those rights.  At this time, the FBI's Discovery Processing Unit, Office of the General Counsel (OGC) is reviewing copies of your complaint of discrimination and the report of counseling for privileged and/or sensitive information.  Once OGC returns these documents to this office, they will be forwarded to you.  An investigation will be conducted as the next step in the processing of this complaint.

Accepted for investigation are the following issues:

Whether complainant was discriminated against based on religion (Muslim), race (Arab/Middle Eastern), national origin (Syrian), and reprisal for prior EEO activity when:

(1) On September 19, 2019, he was notified he was not selected for the position of

Dr. Ahmad Jamaleddin Aljindi

> Information Technology Specialist (ITS),
> position no. 24884; and
>
> (2) On September 30, 2019, he was notified he
> was not selected for the position of ITS,
> position no. 26128.

If you believe the bases or the issues described in your
EEO complaint have not been properly identified for
investigation, please notify me in writing within 15 calendar
days after your receipt of this letter and specify the reasons
for this belief. If you request reconsideration, you will
receive a final decision. If you still disagree, my decision to
identify or accept an issue may be appealed at the conclusion of
the investigation of the accepted issues solely through the
procedures described below.

Upon completion of the investigation of this complaint, you
will receive a copy of the Report of Investigation (ROI). At
that time, you will be notified of your right to request either:

> (1)  A hearing before an Equal Employment
> Opportunity Commission (EEOC) Administrative
> Judge (AJ), who will issue a decision on the
> complaint; or
>
> (2)  A final agency decision by the
> Department of Justice (DOJ) without a
> hearing.

If you do not receive the ROI by March 30, 2020, or by any
agreed-upon extension, you have the right to request the hearing
described above from the EEOC office identified in my
acknowledgment letter, dated October 10, 2019. However, in all
other circumstances, you must notify the FBI's Office of Equal
Employment Opportunity Affairs (OEEOA) in writing within 30
calendar days of your receipt of the ROI as to how you wish to
proceed. If the OEEOA receives no response from you within this
30-day time period, the EEO complaint will be forwarded to the
DOJ's Complaint Adjudication Office for a final agency decision.
You may appeal the DOJ's final agency decision to the EEOC
within 30 calendar days of your receipt of the DOJ's decision.

You also have the right to file a civil action in an
appropriate United States District Court:

2

Dr. Ahmad Jamaleddin Aljindi

- Within 90 days of receipt of a final action on an individual or class complaint if no appeal has been filed;

- After 180 days from the date of filing an individual or class complaint if an appeal has not been filed and final action has not been taken;

- Within 90 days of receipt of the EEOC's final decision on an appeal; or

- After 180 days from the date of filing an appeal with the EEOC if there has been no final decision by the EEOC.

I must inform you of your obligation to notify the OEEOA of any change in your address. Federal regulations state an agency may dismiss an EEO complaint because of the complainant's failure to cooperate in the processing of the complaint. Thus, failure to notify the OEEOA of a change in your address could result in the dismissal of your complaint.

The investigation of your EEO complaint may be extended an additional 90 days beyond the 180-day deadline, if you agree to such in writing, pursuant to 29 C.F.R. § 1614.108(e). The FBI, however, may unilaterally extend the time period, or any period of extension, for no more than 30 calendar days to sanitize the completed ROI.

Finally, you are reminded any sensitive and/or classified material redacted from any documents in this matter should not be discussed with anyone outside the FBI. If you find it necessary to disseminate such information in the furtherance of your EEO complaint, such as to a representative who is not currently in possession of a security clearance, you are required to limit that dissemination and discussion to the redacted material furnished to you until appropriate clearances have been secured.

3

Dr. Ahmad Jamaleddin Aljindi

If you have any questions regarding this matter, please contact Equal Employment Specialist Jocelyn Tichenor at (202) 324-6464.

Sincerely yours,

Arlene A. Gaylord /Kec
Assistant Director-
Equal Employment Opportunity
Officer

4

**U.S. Department of Justice**

_____

Washington, D.C. 20535-0001

CERTIFIED

Dr. Ahmad Jamaleddin Aljindi
P.O. Box 60753
Irvine, California 92602

> Complaint of Ahmad Jamaleddin Aljindi
> v. William P. Barr, Attorney General
> Complaint No. FBI-2019-00073

Dear Dr. Aljindi:

On February 8, 2019, pursuant to Title VII of the
Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et
seq., and implementing regulations found at 29 C.F.R. Part
1614, you filed a formal Equal Employment Opportunity (EEO)
complaint of discrimination against the Federal Bureau of
Investigation (FBI).

On January 2, 2020, you filed a civil action in the
United States District Court for the Central District of
California – Southern Division, Case No. 8:20-cv-00002-JLS-
KES (civil action). The civil action names multiple
federal agencies as defendants, and states on page 31 that
the action encompasses, "29. FBI: Formal Complaint of
Discrimination Complaint Docket Number FBI-2019-00073." See
Civil Action at p. 31. The civil action raises the same
bases (race, national origin, and religion) and sets forth
the same issues (non-referral and non-selection to multiple
positions) as your complaint of discrimination. Id. at pp.
3 & 15.

The federal regulations at 29 C.F.R. § 1614.107
provide, in relevant part:

    (a)  Prior to a request for a hearing in a case,
        the agency shall dismiss an entire
        complaint:

    (3)  That is the basis of a pending civil action
        in a United States District Court in which
        the complainant is a party provided that at
        least 180 days have passed since the filing

Dr. Ahmad Jamaleddin Aljindi

of the administrative complaint, or that was the basis of a civil action decided by a United States District Court in which the complainant was a party[.]"

An underlying policy of this provision is to preclude concurrent or duplicative processing of complaints at both the administrative and judicial levels. Where civil litigation has been initiated, as in the instant matter, the duplication of resources is unwarranted and gives rise to the possibility of inconsistent and conflicting decisions. See generally Renier-Dow v. Dep't of Veterans Affairs, EEOC Appeal No. 01A53706 (Aug. 24, 2005); Osborne v. United States Postal Serv., EEOC Appeal No. 01A20004 (Jan. 8, 2002).

In this case, your civil action specifically states that it encompasses FBI-2019-00073. For that reason, and given that more than 180 days have passed since the filing of FBI-2019-00073, the complaint is properly dismissed pursuant to § 1614.107(a)(3).[1]

Consequently, it is the decision of the Department of Justice (DOJ) to dismiss your EEO complaint in accordance with 29 C.F.R. § 1614.107. This final agency decision is being issued pursuant to 29 C.F.R. § 1614.110.

## Notice of Appeal

Pursuant to 29 C.F.R. § 1614.401 et seq., you are hereby notified that this is the final action of the DOJ in this matter. You have the right to appeal this final action within 30 calendar days of your receipt of this final agency decision. Your appeal must be sent to:

Director, Office of Federal Operations
Equal Employment Opportunity Commission
P.O. Box 77960
Washington, D.C. 20013

or hand-delivered to:

---

[1] The civil action also states that it encompasses Complaint No. FBI-2019-00338, which is currently pending with the FBI. Because 180 days have not passed since the filing of FBI-2019-00338, dismissal of that complaint from the administrative process is not warranted.

2

Dr. Ahmad Jamaleddin Aljindi

Equal Employment Opportunity Commission
Office of Federal Operations
Compliance and Control Division
Federal Sector Programs
One NOMA Station
131 M Street, N.E.
Suite 5SW12G
Washington, D.C.  20507

or sent via facsimile to:

(202) 663-7022

In addition, a copy of your appeal must be sent to:

Office of Equal Employment Opportunity Affairs
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Room 9304
Washington, D.C.  20535-0001

You must certify the date and method by which you notified both the Equal Employment Opportunity Commission (EEOC) and the FBI of your appeal.  This certification must be in the appeal or in a separate attached sheet.  Enclosed is a Notice of Appeal/Petition (EEOC Form 573) in the event you decide to appeal the final agency decision.

You also have the right to file a civil action in an appropriate United States District Court:

- Within 90 days of receipt of the final action on an individual or class complaint if no appeal has been filed;

- After 180 days from the date of filing an individual or class complaint if an appeal has not been filed and final action has not been taken;

- Within 90 days of receipt of the Commission's final decision on an appeal; or

3

Dr. Ahmad Jamaleddin Aljindi

- After 180 days from the date of
  filing an appeal with the
  Commission if there has been no
  final decision by the Commission.

You must name the person who is the official agency head or department head as the defendant. In your case, you must name the Attorney General as the defendant. Failure to provide this information may result in the dismissal of your civil action.

If you decide to file a civil action and you do not have or cannot afford the services of an attorney, you may request that the court appoint an attorney to represent you. Also, the court may permit you to file the civil action without payment of fees, costs or other security. The granting or denial of the request is within the sole discretion of the court. Filing a request for an attorney does not extend your time in which to file a civil action.

FOR THE DEPARTMENT

MAR -2 2020

Richard Toscano, Director
Equal Employment Opportunity Staff
Justice Management Division

Date

Enclosure

4



**U.S. Department of Justice**

Complaint Adjudication Office

Agency No. FBI-2018-00181
DJ No.      187-2-1909

_____

*950 Pennsylvania Ave NW*
*Patrick Henry Building, Room A4810*
*Washington, DC 20530*

Mr. Ahmad Jamaleddin Aljindi
PO Box 60753
Irvine, CA 92602

**JUN 2 0 2019**

Dear Mr. Aljindi:

This is in reference to the discrimination complaint that you filed against the Federal Bureau of Investigation. Under the federal equal employment opportunity regulations, the Complaint Adjudication Officer renders the final Department of Justice decision on your complaint. Enclosed is the final Department of Justice decision which concludes that the record does not support a claim of discrimination based on race, religion, or national origin.

<u>Rights of Appeal</u>

First, you have the right to appeal any part of this decision to the Equal Employment Opportunity Commission. You may do so by filing your appeal within 30 days of the date you receive this decision. If you are represented by an attorney of record, the 30-day appeal period shall begin to run the day your attorney receives this decision. You may file your appeal by mail, using EEOC Form 573, Notice of Appeal/Petition, a copy of which is attached. The notice of appeal should be sent to the Director, Office of Federal Operations, EEOC, Post Office Box 77960, Washington, D.C. 20013, by mail, personal delivery or facsimile. The fax number for the Office of Federal Operations is (202) 663-7022. Alternatively, you may file your appeal online by using the EEOC Public Portal at eeoc.gov.

If you choose to file an appeal, you must also send copies of your notice of appeal to: (1) Arlene Gaylord, EEO Director, Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Room 9304, Washington, D.C. 20535, and (2) Matt Rizzo, Associate General Counsel Chief, Employment Law Unit I, Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Room 10140, Washington, D.C. 20535.

Either on, or attached to, the Notice of Appeal that you send to Director Hadden you must state the date and method by

which you sent the copy of your notice of appeal to Ms. Gaylord.

Second, you have the right to file a civil action in the appropriate United States District Court within 90 days of the date you receive this decision.  In filing your federal complaint you should name William P. Barr, Attorney General, as the defendant.  Even if you appeal this decision to the EEOC, you still have the right to go to federal court: you may file a civil action in United States District Court within 90 days of the day you receive the EEOC's final decision on your appeal, or after 180 days from the date you filed your appeal with the EEOC, if the EEOC has not decided the appeal by then.

If you cannot afford to file a civil action, you can ask the court to allow you to file the action at no cost to you. The court may also provide you with an attorney if you cannot afford to hire one to represent you in your civil action. Questions concerning when and how to file a waiver of costs should be directed to your attorney or the District Court clerk.

Sincerely,

Robert K. Abraham
Acting Complaint Adjudication Officer


cc:    Arlene Gaylord
       Richard Toscano

2

**U.S. Department of Justice**

Office of the Deputy Attorney General

_____

*Washington, D.C. 20530*

September 5, 2019

**Confidential And Privacy Act Sensitive**

Dr. Ahmad Aljindi
P.O. Box 60753
Irvine, CA   92602

Re:     Deputy Attorney General Decision Regarding Whistleblower Complaint OARM-WB No.
19-7

Dear Dr. Aljindi:

I write to inform you of the decision of Deputy Attorney General Jeffrey A. Rosen,
regarding your appeal of a March 26, 2019 decision by the Office of Attorney Recruitment and
Management (OARM), which dismissed your request for corrective action on the grounds that you
failed to make a nonfrivolous allegation of a disclosure protected by 28 C.F.R. 27.1(a).  I
recommended, and the Deputy Attorney General decided, that OARM's decision be affirmed.

After a careful review of the entire record in this matter, the Deputy Attorney General
found that OARM's actions, findings, and conclusions were not arbitrary, capricious, an abuse of
discretion, or otherwise not in accordance with law, and were supported by substantial evidence.
*See* 28 C.F.R. 27.5.  The Deputy Attorney General fully considered your contentions and those of
the FBI and concluded that OARM correctly found that:  (1) you exhausted your administrative
remedies because in February 2019 you submitted a whistleblower reprisal complaint to the Office
of the Inspector General; (2) you failed to make a disclosure to an authorized recipient of protected
disclosures pursuant to 28 C.F.R. 27.1(a); and (3) even if you had made disclosures to an
authorized recipient, your allegations regarding those disclosures were conclusory, implausible,
speculative, and vague and so failed to state a nonfrivolous allegation of a protected disclosure.

This constitutes the Department's final decision in your whistleblower reprisal case.

Sincerely,

Mark Masling
Chief, Professional Misconduct Review Unit

cc:     Matthew Rizzo
Angela Kreitzer
FBI Office of the General Counsel

Eleanor Carpenter, Acting Director
Office of Attorney Recruitment and Management

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
INTELLIGENCE COMMUNITY EQUAL EMPLOYMENT OPPORTUNITY AND DIVERSITY
WASHINGTON, DC 20511

March 20, 2020

Dr. Ahmad J. Aljindi
P.O. Box 60753
Irvine, CA 92602

Re:  *Ahmad J. Aljindi v. Richard Grenell, Acting Director,*
     *Office of the Director of National Intelligence,*
     *EEO Case No.: ODNI 2019-002*
     **Transmittal of Report of Investigation**

Dear Dr. Aljindi:

This is to inform you that the investigation into the accepted allegations raised in your formal complaint of discrimination, filed in the above case, has been completed. The Report of Investigation (ROI) is being provided to you pursuant to Title 29 Code of Federal Regulation (C.F.R.) Part 1614. You are being provided this information solely for use in connection with official United States Government business; the ROI must be handled accordingly. Some of the information contained in the ROI may pertain to internal regulations, and therefore, its use is deemed to be for Official Use Only. Portions of the ROI may also be protected from further disclosure by the Privacy Act and other provisions of law.

You now have the right to elect a method for an administrative adjudication of the merits of the case; that is, whether or not you were subjected to illegal discrimination as alleged. You may elect either: (1) an evidentiary hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge pursuant to 29 C.F.R. § 1614.109, or (2) a Final Agency Decision (FAD) issued by the agency based upon a review of the administrative record, without a hearing, pursuant to 29 C.F.R. § 1614.110(b). The regulations allow for the FAD to be finalized within 60 days; a decision from an EEOC Administrative Judge generally may take 180 days or more. If you elect to have a decision by an EEOC Administrative Judge, once a decision from is rendered, the agency has 40 days to determine whether or not to implement the Administrative Judge's decision. 29 C.F.R. § 1614.110(a). Whether you elect a FAD or an evidentiary hearing, you will be notified of the agency's final decision and provided a notice of further appeal rights.

**The decision to elect either an administrative hearing or a FAD without a hearing must be made and transmitted in writing within 30 days from the date you receive this letter.** 29 C.F.R. § 1614.108(f). If you fail to provide a written notice of election within 30 days, the agency will render a FAD without a hearing based solely on the administrative record. 29 C.F.R. § 1614.110(b). Please see previous correspondence for a copy of the Request for Hearing Form is enclosed.

Complainants now have the ability to file their hearing requests online. The EEOC Public

Dr. Ahmad J. Aljindi

Portal [https://publicportal.eeoc.gov/Portal/Login.aspx] is a secure, web-based application developed for individuals to interact with the EEOC regarding a complaint of employment discrimination.

In the request for a hearing to the EEOC, you must certify that a copy of the hearing request was sent to Agency at the following address:

> Ms. Rita M. Sampson
> Chief, Intelligence Community
> Equal Employment Opportunity & Diversity
> Office of the Director of National Intelligence (ODNI/EEOD)
> Washington, D.C. 20511.

In the alternative, you may send a copy by e-mail to ODNI EEO COMPLAINTS@dni.gov, or via facsimile to: (301) 243-1200.

*Right to File a Civil Action*

After one-hundred eighty (180) calendar days have passed from the date of filing the original complaint, within ninety (90) days of receipt of the EEOC's final decision on an appeal, or one-hundred eighty (180) days after filing of an appeal if no decision has been issued on the appeal, you have the right to file a civil action in United States District Court.

You are further notified that, if you file a civil action, you must name the Acting Director of National Intelligence, Richard Grenell, in his official capacity, as the defendant. Failure to include the name and title of the head of the agency may result in the dismissal of the complaint.

If you choose to elect a FAD, please submit a written request to ODNI EEO COMPLAINTS@dni.gov.

Sincerely,

/s/

John K. Fellin
Director, EEO Compliance

Enclosures:
 1.  Report of Investigation (798 pp.)


cc (w/o enclosures):
   Office of General Counsel
   Office of the Director of National Intelligence

2



**NATIONAL SECURITY AGENCY**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

Date:   16 January 2020
Serial:  D61/002/20

Dr. Ahmad Aljindi
P.O. Box 60753
Irvine, CA 92602

Re:    Ahmad Aljindi vs. NSA, Agency EEO Case No. 19-015

Dear Dr. Ahmad Aljindi:

As you know, the National Security Agency (NSA or Agency) has been investigating the above-referenced complaint of discrimination that you filed against the Agency.  In accordance with the regulations of the Equal Employment Opportunity Commission (EEOC) found at 29 C.F.R. Part 1614, please find enclosed a copy of the record of investigation (ROI) that was prepared by NSA's Diversity, Equality and Inclusion (DEI) Directorate for your claims.  The ROI has undergone a security/classification review in order to redact any classified information or other sensitive information that applicable law requires or authorizes the Agency to withhold from disclosure.

By way of background, you should understand that classified information is information whose unauthorized disclosure reasonably could be expected to cause damage to national security.  The three basic classification levels are "CONFIDENTIAL," "SECRET," and "TOP SECRET." Neither the Agency nor its employees or former employees may disclose classified information to individuals who do not possess the appropriate security clearances, special access approvals, and need-to-know.  As a general matter, neither outside counsel nor personnel assigned to the EEOC possess the requisite security clearances, access approvals, or need-to-know for classified NSA information.  As a result, the Agency has deleted any classified information from the copy of the ROI that is being provided to you and your representative.

In addition to protecting against the unauthorized disclosure of classified information, NSA is also authorized (and in some cases required) to protect against the disclosure of certain categories of unclassified information.  For example, the National Security Act of 1947, as amended, requires intelligence agencies such as NSA to protect intelligence sources and methods from unauthorized disclosure. See 50 U.S.C. § 403-3(c)(6).  Even unclassified sources and methods qualify for protection. See, e.g., Central Intelligence Agency v. Sims, 105 S.Ct. 1881 (1985).  In addition, Section 6 of the NSA Act of 1959, as amended, authorizes NSA to withhold any information pertaining to the Agency's mission, activities, organizational structure, or the identities of its personnel. See Pub. Law 86-36, 50 U.S.C. § 402 note. See, also, Linder v. NSA, 94 F.3d 693, 698 (D.C. Cir. 1996).

You should also know that, if circumstances warrant, the Agency may, in its sole discretion, authorize a complainant who is a current NSA employee to review unredacted portions of a record of investigation or other materials, provided the review takes place in secure Agency facilities and the employee possesses a legitimate need-to-know in addition to the requisite security clearance and access approvals for the information at issue. Each request for such a review will be handled on a case-by-case basis with final approval authority reserved to NSA's Office of General Counsel.

Now that you have been provided a copy of the ROI, you have the right to request, within 30 days from your receipt of this letter, a hearing before an EEOC administrative judge or a final agency decision (FAD) rendered by the Agency. **If you choose to submit a rebuttal to the ROI for consideration, please include your rebuttal with your hearing/FAD election.** Please indicate your election in writing and direct it to:

> National Security Agency
> Attn: Office of Discrimination Complaints, D61
> Suite 6251
> 9800 Savage Road
> Fort George G. Meade, MD 20755-6251

If you elect to have a hearing, it will be conducted by an EEOC administrative judge. You must submit the hearing request directly to the EEOC at the following address:

> EEOC Hearings Unit
> EEOC Baltimore District Office
> 31 Hopkins Plaza, Suite 1432
> Baltimore, MD 21201

You must also send a copy of the hearing request to the attention of the Chief, Office of Discrimination Complaints, at the previously noted Agency address. Failure to notify the Agency of your request for a hearing may forfeit your right to request a hearing. I am enclosing a Hearing Request Form for your use in the event that you elect this option.

Within 15 days of receipt of your request for a hearing, the Agency will send a copy of Complainant's complaint file to the EEOC. The EEOC's administrative judge will then have 180 days to conduct the hearing and render his/her decision to the Agency's Director, DEI. After the judge issues a decision, the Director, DEI, will take final action within 40 days. Complainant will then be informed whether the Agency will or will not fully implement the judge's decision. If the Director, DEI, chooses not to implement the decision, the Agency will have an additional 20 days to file an appeal brief with the EEOC.

If you elect to receive a FAD without a hearing, the FAD will be rendered by the Agency's Director, DEI, based on the content of the investigative file. The Director, DEI, will take final action by issuing a final decision within 60 days of receipt of Complainant's request.

If you fail to request a hearing or a FAD within the 30-day period specified above, the Director, DEI, will issue a FAD. The FAD will be issued within 60 days following the expiration of your 30 day election period.

If you elect a hearing before an EEOC judge and fail to notify the Agency of that election, the Agency will issue a FAD within 60 days following the expiration of your 30 day election period. Failure to notify the Agency of your request for a hearing may forfeit your right to request a hearing.

If you are dissatisfied with the final Agency action (following a decision by an administrative judge) or with a FAD, Complainant may file a Notice of Appeal to the EEOC, Office of Federal Operations (OFO), within thirty (30) calendar days after its receipt. An appeal may be mailed to:

U.S. Equal Employment Opportunity Commission
Office of Federal Operations
P.O. Box 77960
Washington D.C. 20013

You may also hand deliver an appeal to: EEOC, OFO, 1801 L. Street, NW, Washington, DC 20507, or may transmit it by facsimile to: (202) 663-7022. You must furnish a copy of the appeal to the Agency at the same time it is filed with the EEOC. You may file a brief or statement with the OFO in support of your appeal within 30 days of filing the Notice of Appeal. At the same time, you must furnish a copy of the brief or statement to the Agency.

Instead of an appeal to the EEOC, you may file a civil action in a proper federal district court within ninety (90) calendar days after receiving the FAD or, if the Agency has not issued a FAD on Complainant's complaint, after one hundred eighty (180) calendar days from the date the formal complaint was filed. If you file a civil action and do not have, or are unable to obtain, the services of a lawyer, you may request the court to appoint a lawyer to represent you. In such circumstances as the court may deem just, the court may appoint a lawyer and may authorize the commencement of the action without the payment of fees, costs or security. Any such request must be made within the above referenced 90-day time limit for filing suit and in such form and manner as the court may require.

You are further notified that if you file a civil action, you must name the head of the National Security Agency, GEN Paul M. Nakasone, USA, Director, as the defendant. Failure to name the head of the Department or Agency may result in the loss of any judicial redress to which you may be entitled.

If you decide to appeal to the EEOC's Office of Federal Operations, you will still have an opportunity to file a civil action in a federal district court within ninety (90) calendar days after receiving the EEOC's final decision, or one hundred eighty (180) calendar days after the date of your initial appeal to the Commission if the EEOC has not rendered a final decision.

Upon completion of all facets of the processing of your complaint of discrimination, including any appeal rights that you choose to exercise, please review the terms of the acknowledgment

forms you and your representative executed regarding disposition of the case file and other materials you received or generated in connection with the processing of the complaint.


Sincerely,

MARLINE DEFOOR
Chief, Office of Discrimination Complaints


Encls:
    1. Investigative File on CD
      (Agency EEO Case No. 19-015)
    2. EEOC Hearing Request Form
    3. Compact Disc Notification



**UNITED STATES POSTAL SERVICE**®

**TRACKED*** ★ ★ ★ **INSURED***  ★

# PRIORITY® MAIL



**P**

U.S. POSTAGE
$7.75
PM 1-DAY
92814  0006
Date of sale
04/20/20
06    2S  SSK
10867867

**PRIORITY MAIL 1-DAY**®

EXPECTED DELIVERY DAY: 04/21/20          0006

From: Dr. Ahmad Aljindi
PO Box 60753
Irvine, CA  92602

SHIP TO: U.S. District Court
Central District of California          C032
255 E TEMPLE ST
STE 134
LOS ANGELES CA 90012-3309

**USPS TRACKING® NUMBER**

9505 5068 3041 0111 0741 98



RECEIVED
CLERK, U.S. DISTRICT COURT

APR 21 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.



**UNITED STATES POSTAL SERVICE®**

# PRIORITY® MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**PRIORITY**
★ MAIL ★

 **UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Dr. Ahmad Aljindi
PO Box 60753
Irvine, CA  92602

TO: U.S. District Court
Central District of California
Clerk of the Court
255 E. Temple Street
Suite TS-134
Los Angeles, CA 90012-3332

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

* Domestic only.    ⤫ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.