FILED

2020 JUL -6 PM 2:28

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

| | |
|---|---|
| Name of U.S. District Court: | Central District of California Southern Division |
| U.S. District Court case number: | 8:20-cv-00796-PSG-DFM |
| Date case was first filed in U.S. District Court: | 04/24/2020 |
| Date of judgment or order you are appealing: | 05/27/20, 05/28/20, 07/06/20 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes ( ) No ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Dr. AHMAD J. ALJINDI

Is this a cross-appeal? ( ) Yes (●) No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ( ) Yes (●) No

If Yes, what is the prior appeal case number?

Your mailing address:

PO Box 60753

City: Irvine State: CA Zip Code: 92602

Prisoner Inmate or A Number (if applicable):

**Signature** Dr. AHMAD ALJINDI **Date** 07/06/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*



PAID JUL - 6 2020

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AHMAD J. ALJINDI,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA , et al.,<br>Defendants. | No. SA CV 20-00796 PSG (DFMx)<br><br>~~[PROPOSED]~~<br>ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

GOOD CAUSE HAVING BEEN SHOWN, Defendants' *ex parte* application for an order extending the time for Defendants to answer, plead or otherwise respond to Plaintiff's Complaint, is hereby granted.

IT IS SO ORDERED that Defendants shall have up to and including August 20, 2020, to answer, move or otherwise respond to Plaintiff's Complaint.

DATED: July 6, 2020

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Case 8:20-cv-00796-PSG-DFM Document 35 Filed 07/06/20 Page 2 of 2 Page ID #:1081

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Alarice M. Medrano*
______________________________
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendants

E-FILED
2020
JUN - 3 [redacted]
Document#

CC: atty ADM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ahmad J. Aljindi<br><br>PLAINTIFF(S)<br>v.<br>United States of America et al<br><br>DEFENDANT(S) | CASE NUMBER<br>SA CV 20-796-PSG (DFMx):<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by Ahmad J. Aljindi, Plaintiff is hereby:

☐ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: ____________________ ____________________________________

United States District/Magistrate Judge

---

[X] DENIED

*Comments:*

Dated: 5/28/2020 ____________________________________

United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. 8:20-cv-00796-PSG-DFM Date May 27, 2020

Title **AHMAD J. ALJINDI v. UNITED STATES OF AMERICA, et al**

Present: The Honorable R. GARY KLAUSNER, UNITED.STATES DISTRICT JUDGE

| Sharon L. Williams (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** AMENDED MOTION TO DISQUALIFY UNITED STATES DISTRICT JUDGE PHILIP S. GUTIERREZ (DE 25)

On May 13, 2020, Ahmad J. Aljindi ("Plaintiff"), in pro se, filed a Motion to Disqualify United States District Judge Philip S. Gutierrez. The Court denied the motion on May 20, 2020, finding that Plaintiff failed to raise reasonable questions as to Judge Gutierrez's impartiality. On the same date, Plaintiff filed the current Amended Motion to Disqualify, seeking to supercede the prior motion, based on additional reasons for disqualification. The second request was referred to this Court pursuant to General Order 08-05 and Local Rule 72-5. Because the first motion to disqualify has already been considered and denied, the Court deems Plaintiff's amended motion a Motion for Reconsideration.

In his motion, Plaintiff includes additional facts upon which he seeks relief. However, upon consideration of these facts, (1) it is unclear that the additional facts constitute new or different facts that were unavailable to Plaintiff at the time of his first motion; and (2) even if they are new and different facts, they, again, relate to grievances with Judge Gutierrez's ruling and case management. Such complaint, without more, fails to sufficiently raise reasonable questions as to Judge Gutierrez's impartiality.

Therefore, the Court **DENIES** Plaintiff's motion.

**IT IS SO ORDERED.**

______ : ______

Initials of Preparer __________