UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AHMAD JAMALEDDIN ALJINDI,

Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA; et al.,

Defendants-Appellees.

No. 21-55166

D.C. No.
8:20-cv-00796-PSG-DFM
Central District of California,
Santa Ana

ORDER

A review of the record reflects that this appeal may be frivolous. This court may dismiss a case at any time, if the court determines the case is frivolous. *See* 28 U.S.C. § 1915(e)(2).

Within 35 days after the date of this order, appellant must:

(1) file a motion to dismiss this appeal, *see* Fed. R. App. P. 42(b), OR

(2) file a statement explaining why the appeal is not frivolous and should go forward.

If appellant does not respond to this order, the Clerk will dismiss this appeal for failure to prosecute, without further notice. *See* 9th Cir. R. 42-1. If appellant files a motion to dismiss the appeal, the Clerk will dismiss this appeal, pursuant to Federal Rule of Appellate Procedure 42(b). If appellant submits any response to this order other than a motion to dismiss the appeal, the court may dismiss this appeal as frivolous, without further notice.

SZ/MOATT

If appellant files a statement that the appeal should go forward, appellees may file a response within 10 days after service of appellant's statement.

All pending motions will be addressed, if necessary, following resolution of this order.

The briefing schedule for this appeal remains stayed.

The Clerk shall serve on appellant: (1) a form motion to voluntarily dismiss the appeal, and (2) a form statement that the appeal should go forward. Appellant may use the enclosed forms for any motion to dismiss this appeal or statement that the appeal should go forward.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie Zeller
Deputy Clerk
Ninth Circuit Rule 27-7

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

______________________________ 9th Cir. Case No. ____________________
Appellant(s),

v.

______________________________
Appellee(s).

## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant(s) _______________________________________________________hereby move(s) the court for an order dismissing appeal No. _____-__________.

Dated: _____________________ ________________________________________

Print Name(s)

________________________________________

Signature(s)

Appellant(s) in Pro Se

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

____________________________ 9th Cir. Case No. ___________________
Appellant(s),

v.

____________________________
Appellee(s).

**STATEMENT THAT APPEAL SHOULD GO FORWARD**
(attach additional sheets as necessary)

1. Date(s) of entry of judgment or order(s) you are challenging in this appeal:

_______________________________________________________________.

2. What claims did you raise to the court below?

3. What do you think the court below did wrong? (You may, but need not, refer to cases and statutes.)

4. Why are these errors serious enough that this appeal should go forward?

5. Additional Information:

Dated: ______________________ ________________________________________

Print Name(s)

________________________________________

Signature(s)

Appellant(s) in Pro Se