FILED
CLERK, U.S. DISTRICT COURT
09/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California Southern Division

U.S. District Court case number: 8:20-cv-00796-PSG-DFM

Date case was first filed in U.S. District Court: 04/24/2020

Date of judgment or order you are appealing: 07/30/2025 and 09/10/2025

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes ◉ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Dr. AHMAD J. ALJINDI

Is this a cross-appeal? ○ Yes ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ◉ Yes ○ No

If Yes, what is the prior appeal case number? 20-55688 and 21-55166

Your mailing address:

PO Box 60753

City: Irvine State: CA Zip Code: 92602

Prisoner Inmate or A Number (if applicable):

**Signature** Dr. AHMAD ALJINDI **Date** 09/24/2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SA CV 20-00796-PSG (DFMx)** | Date | July 30, 2025 |
| Title | ***Ahmad J. Aljindi v. United States of America, et al.*** | Page | 1 of 2 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE UNDER FRCP 60(B) FOR FRAUD ON THE COURT [118]**

Before the Court is the Motion to Reopen Case Under FRCP 60(b) for Fraud on the Court filed by Plaintiff Ahmad J. Aljindi, who is proceeding *pro se*. [Doc. # 118 ("Mot.").] This case has been closed since 2021. In February 2021, the Court dismissed Aljindi's First Amended Complaint without leave to amend. [Doc. # 108.] Aljindi appealed, and the United States Court of Appeals for the Ninth Circuit dismissed the appeal as frivolous. [Doc. ## 116, 117.]

Federal Rule of Civil Procedure 60(b) provides in pertinent part that a court may relieve a party from an order for: "(3) fraud . . . , misrepresentation, or misconduct by an opposing party . . . or (6) any other reason that justifies relief." Relief under Rule 60(b)(6) is limited to "extraordinary circumstances." *Bynoe v. Baca*, 966 F.3d 972, 979 (9th Cir. 2020). Motions made under Rule 60(b) must be made within a reasonable time and, for motions under Rule 60(b)(3), no more than one year after entry of the judgment or order at issue. Fed. R. Civ. P. 60(c)(1). The movant bears the burden of establishing that Rule 60(b) relief is justified. *Cassidy v. Tenorio*, 856 F.2d 1412, 1415 (9th Cir. 1988).

Now, over four years after the case was dismissed, Aljindi seeks to vacate the February 2021 dismissal order and reopen the case under Rule (b)(3) and 60(b)(6) for fraud on the Court. Mot. The alleged fraud on the Court consists of Aljindi's baseless and hard-to-follow allegations of a bribery scheme involving opposing counsel and the judicial officers who presided over this case as well as other judicial officers. *See generally id*. Aljindi has failed to carry his burden to establish that Rule 60(b) relief is justified.

To start, Aljindi's request under Rule 60(b)(3) is untimely as the motion was filed well over one year after the February 2021 dismissal order was issued. Aljindi cannot circumvent the time limitations of Rule 60(b)(3) by bringing the motion under Rule 60(b)(6) because Rule 60(b)(6) "applies only when the reason for granting relief is not covered by any of the other reasons set forth in Rule 60." *Delay v. Gordon*, 475 F.3d 1039, 1044 (9th Cir. 2007). Even putting aside

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SA CV 20-00796-PSG (DFMx)** | Date | July 30, 2025 |
| Title | ***Ahmad J. Aljindi v. United States of America, et al.*** | Page | 2 of 2 |

the untimeliness of the motion, it fails on the merits because Aljindi's allegations of fraud and judicial misconduct are not supported by any specific facts or credible evidence. *See United States v. Est. of Stonehill*, 660 F.3d 415, 443 (9th Cir. 2011) ("We exercise the power to vacate judgments for fraud on the court with restraint and discretion, and only when the fraud is established by clear and convincing evidence.") (internal quotations and citations omitted). For these reasons, the motion is **DENIED**.

Aljindi is cautioned that future filings in this closed case will be summarily stricken, absent a satisfactory explanation for why such a filing is appropriate.

**IT IS SO ORDERED**.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ahmad J. Aljindi, PLAINTIFF(S) v. United States of America, et al., DEFENDANT(S). | CASE NUMBER 8:20-cv-00796-PSG-DFM |
| | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
On July 30, 2025, the Court cautioned Plaintiff that future filings in this closed case will be summarily stricken, absent a satisfactory explanation for why such a filing is appropriate. [Doc. # 119.] Plaintiff has not provided a satisfactory explanation why the motion below is appropriate. Further abuse of the Court's filing system will result in Plaintiff's filing privileges being restricted.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Combined Motion to Strike Non-Judicial Order (ECF 119), Vacate Reconsider, and Reopen for Fraud on the Court [Doc. # 120] | August 26, 2025 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

September 10, 2025
Date

Dolly M. Gee
Chief United States District Judge